**Order filed March 19, 2019**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-17-00384-CV
———————————

## MIDTOWN PARK DEVELOPMENT LTD., PAUL T. YOUNG AND HORIZON 2003, LLC, Appellants

## V.

## LOUIS F. GOZA, Appellee

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 14-CV-0010**

# O R D E R

Appellants' brief was due February 27, 2019. No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **April 3, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM